UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

LAURA WOODS                                      CASE NO. 6:26-CV-01069

VERSUS                                           JUDGE ROBERT R. SUMMERHAYS

STATE OF LOUISIANA ET AL                         MAGISTRATE JUDGE DAVID J. AYO

JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Laura Woods's claims be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief may be granted.

THUS DONE in Chambers on this 9th day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE